1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIJANA WICKER, individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br>   v.<br><br>ASC PROFILES LLC, a Delaware company; STEELSCAPE, LLC, a California company; BLUESCOPE BUILDINGS NORTH AMERICA, INC., a Delaware corporation and DOES 1 through 100, inclusive;<br><br>        Defendants. | Case No.: 2:19-CV-02443-TLN-KJN<br><br>Assigned to:<br>Honorable Troy L. Nunley<br><br>**ORDER VACATING CASE TRIAL SCHEDULE**<br><br>Complaint Filed: October 30, 2019<br>Removal Filed:  December 5, 2019 |

1

**ORDER**

IT IS HEREBY ORDERED upon good cause appearing that the current Scheduling Order is vacated and an Amended Scheduling Order will be issued after the Court rules on the pending Motion to Remand.

IT IS FURTHER ORDERED that the Parties file a Status Report within 20 days of the following: (1) the Parties' mediation; and (2) the Court's ruling on the Motion to Remand. Such reports will keep the Court informed of the status of the case and aid with the issuing of an Amended Schedule.

**IT IS SO ORDERED**.

DATED: October 19, 2020

Troy L. Nunley
United States District Judge